167 So. 916

E. G. THOMAS et al. v. W. H. DUNN.

2 Div. 76.

Supreme Court of Alabama.

March 19, 1936.

PER CURIAM.

Appeal dismissed for want of prosecution.

168 So. 903

H. C. WILKINSON et al. v. WOODLAWN–AMERICAN NATIONAL BANK.

6 Div. 687.

Supreme Court of Alabama.

April 7, 1936.

PER CURIAM.

Appeal dismissed by agreement.